```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE HERNANDEZ                                          :

                                                        :    ORDER
                        Plaintiff,                           24 Civ. 359 (VSB) (GWG)
                                                        :
        -v.-
                                                        :

3091 REALTY LLC. et al.,                                :

                                                        :
                        Defendants.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     1. The above-referenced action has been referred to the undersigned for general pre-trial purposes.   See 28 U.S.C. § 636(b)(1)(A).  All pre-trial applications, including those relating to scheduling and discovery, shall be made to the undersigned (except motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification).  All applications must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein

     2. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises.  In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery.  Untimely applications will be denied.

     3. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with ¶ 1.E of the Court's Individual Practices.  The application must state the position of all other parties on the proposed extension and must show good cause therefor not foreseeable as of the date of this Order.  "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party.  Any application not in compliance with this paragraph will be denied.  Failure to comply with the terms of this Order may also result in sanctions.

     4. The Court is aware of the discovery disputes raised in Docket # 28.  It is not clear, however, that the parties have attempted to resolve the disputed issues in a telephonic or in-person conversation. Additionally, Docket # 28 does not give a full explanation of each side's position as to each disputed issue.  Accordingly, the parties are directed to confer on these

matters as soon as possible.  If any disputes remain, the aggrieved or moving party shall present the dispute to the Court for resolution by means of a letter filed on or before October 24, 2024, that complies with paragraph 2.A of the Court's Individual Practices.  As stated in that paragraph, any response shall be filed within two business days thereafter.  Even if no disputes remain, the parties shall file a letter informing the Court of the parties' agreement regarding any deadlines.

       SO ORDERED.

Dated: October 17, 2024
       New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge