UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE HERNANDEZ                                          :

        Plaintiff,                                 :    <u>ORDER</u>

  -v.-                                                        :
                                                                                  24 Civ. 359 (VSB) (GWG)
3091 REALTY LLC. et al.,                              :

        Defendants.                           :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      No motion to amend having been filed by the court-ordered deadline (see Docket Entry of November 18, 2024) and the deadline to complete discovery having expired, the next step in this matter is for defendants to file the summary judgment motion they proposed in Docket # 34. That motion is returnable before Judge Broderick, shall comply with his Individual Practices, and shall be filed on or before January 10, 2025. Any opposition shall be filed by January 31, 2025. Any reply brief shall be filed by February 14, 2025.

      SO ORDERED.

Dated: December 17, 2024
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge