## BERNARD WEINREB
### ATTORNEY AT LAW

Tel (845) 369-1019  
Fax (845) 369-3973  
Email: boruchw@cs.com

2 PERLMAN DRIVE  
SUITE 310  
SPRING VALLEY, NY 10977

The Hon. Vernon S. Broderick  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square, Room 415  
New York, NY 10007

**APPLICATION GRANTED**  
**SO ORDERED** *[signature]*  
**VERNON S. BRODERICK**  
**U.S.D.J.** 01/08/2025

Re: Jose Hernandez v. 3091 Realty LLC., T & S  
Management, and Thomas Steiner  
24 cv 00359

Dear Judge Broderick:

I am the attorney for the Defendants in this action. Magistrate Judge Gorenstein issued an Order dated December 17, 2024 in which he ordered that I file my motion for summary judgment relating to this case by January 10, 2025.

By this letter, I respectfully request a three week extension to file the motion of summary judgment to January 31, 2025, that the opposition to my motion should be due by February 21, 2025 and that my reply should be due by March 7, 2024. This is my first request for an extension. My adversary, Delmas Costin, Esq. consents to my request.

I am a solo practitioner and had planned to work on this motion in December, shortly after receiving Judge Gorenstein's Order. However, a matter suddenly came up that required much of my time in the last few weeks of December.

I started working on the motion, but I see that it would be very difficult for me to meet the Friday deadline. Accordingly, I respectfully request this three week extension of time to file my motion.

Thank you for your consideration.

Respectfully,

*[signature]*

Bernard Weinreb

cc: Delmas Costin, Esq.